

**Office of the New York State**  
**Attorney General**

**Letitia James**  
**Attorney General**

November 17, 2025

<u>Via ECF</u>
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED   OK
/s/ Colleen McMahon
11/18/25

Re: <u>Clarkson v. Goord</u>, 91-CV-1792 (CM) (Bismark Lithgow DIN 15A1541)

Dear Judge McMahon:

This Office represents the Defendants in the <u>Clarkson</u> action. I write to respectfully request an extension of time to respond to Mr. Lithgow's submission (ECF No. 195) from November 19, 2025 to December 10. The reason for this request is that I had hoped to speak with Mr. Lithgow to confirm whether he still wishes to proceed and/or to clarify his current complaints, but my attempt to do so earlier this month encountered technical difficulties (I have been advised that Mr. Lithgow requires TTY assistance for telephonic communications) and is being rescheduled. This is the second request for an extension of time with respect to Mr. Lithgow's submission, the first having been granted by the Court. Mr. Lithgow's consent has not been obtained because I have not yet been able to reschedule my call with him.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Jeb Harben*
Jeb Harben
Assistant Attorney General
(212) 416-6185
Jeb.harben@ag.ny.gov

cc:   Mr. Bismark Lithgow (By Mail)